

**Erin A. O'Leary**
Partner
Admitted in NY

39 Broadway
Suite 1701
New York, NY 10006
T: 646.388.6444  F: 212.509.3422
E: eoleary@morganlawfirm.com

June 24, 2019

*Via ECF*
The Honorable Frederic Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    Jacovetti Law, P.C. , et al. v. Creditor's Relief, LLC, et al
            Case No.: 2:19-CV-02697
            MMA File No.: 39-563 MRC

Dear Honorable Block:

      We have just been retained to represent defendants, Iazzetta Law, LLC and Suzanne Iazzetta (collectively "Iazzetta"), in connection with the above-referenced matter.  Pursuant to Your Honor's Individual Rules, we write to advise that we intend to file a motion to dismiss on behalf of Iazzetta and request a pre-motion conference in that regard.  For the sake of brevity and in the interest of judicial economy, we join in adopt the summary of arguments set forth in the pre-motion correspondence of David Graff, Esq. dated June 14, 2019 on behalf of the co-defendants.

      Thank you for your consideration.

                                            Respectfully submitted,

                                            Erin A. O'Leary, Esq.

EAO/bbf

{01676998}

Hon. Frederic Block
June 24, 2019
Page 2


cc:    <u>Via ECF</u>
       All Counsel