UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................................

Jacovetti Law, P.C., Renaissance Capital Group, LLC, FCS Capital Group, LLC, and Ultimate Relief, LLC

　　　　　　　　　　　　Plaintiff(s),

- against -

Creditor's Relief, LLC, Lupolover Mgmt., Inc., Law Offices of Michael Lupolover, P.C., Iazzetta Law LLC, Michael Lupolover, Suzanne Iazzetta, Peter Tiflinsky, Allan Tunit, Affiliate Marketing Group, LLC, Premier Developers, LLC, Premier Credit Pro, LLC, Premier Capital, LLC, Premier Solutions Today, LLC, Premier Pro Management, LLC, Capital Comeback, LLC, Premier Debt Help, LLC, Premier Financial, LLC d/b/a mycapitalkey.com, Premier Data World, LLC, Premier Debt Pro Servicing, LLC, Premier Consultant Group, LLC d/b/a Premier Debt Solvers, and Premier Financial, LLC,

　　　　　　　　　　　　Defendant(s).

..................................................................

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 2:19-civ-2697

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P. 41(a)(1)(A)(i)

Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, counsel to the plaintiffs, hereby gives notice that the above-captioned action is dismissed, without prejudice against the defendants.

Dated:　　New York, New York
　　　　　August 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　**HUERTA PLLC**
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

By: _____
Michael A. Huerta
*Bar No. MH1408*

**HUERTA PLLC**
447 Broadway #245
New York, New York 10013

212-729-4385 t
866-959-0064 f
michael@huertapllc.com